# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge __JFW__

From: __A. Bridges__, Deputy Clerk     Date Received: __9-23-05__

Case No.: __CV05-6949 JFW(MAN)__     Case Title: __Schneider v. Alliance One__

Document Entitled: __Plaintiff's Letter to Judge__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone number
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 83-1.5   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
- ☑ Other: __LR 83.2-11 - No letter format accepted by Court__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

=====================================================================================

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__9/29/05__                __[signed]__
Date                       U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)     NOTICE OF DOCUMENT DISCREPANCIES     *U.S. GPO: 2003-578-839/70059

FILED CLERK, U.S. DISTRICT COURT
SEP 30 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
OCT - 2005
BY _____