

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 1 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PRIORITY SEND**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 05-6949-JFW (MANx)**                    Date: October 12, 2005

Title:     HEATHER ANN SCHNEIDER -v- ALLIANCE ONE

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                              **None Present**
    **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                           None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER GRANTING PLAINTIFF'S REQUEST FOR
                                      ENLARGEMENT OF TIME FOR ORDER TO SHOW
                                      CAUSE [filed 10/11/05; Docket No. 7] AND
                                      CONTINUING ORDER TO SHOW CAUSE WHY ACTION
                                      SHOULD NOT BE DISMISSED FOR LACK OF
                                      SUBJECT MATTER JURISDICTION TO OCTOBER 20,
                                      2005 [filed 10/3/05, Docket No. 6]**

    On October 3, 2005, the Court issued an Order to Show Cause What Action Should Not be Dismissed for Lack of Subject Matter Jurisdiction ("OSC") ordering Plaintiff Heather Ann Schneider ("Plaintiff") to respond on or before October 12, 2005.  On October 11, 2005, Plaintiff filed a request for Enlargement of Time for Order to Show Cause seeking an extension of time to October 20, 2005 to respond to the Court's OSC.  The Court grants Plaintiff's request and continues the OSC to October 20, 2005.

    Failure of Plaintiff to respond to the OSC will result in the dismissal of this action.

    IT IS SO ORDERED.

    The Clerk shall serve this Minute Order on all parties to the action.



**DOCKETED ON CM**

OCT 1 2 2005

BY _____ 083



Initials of Deputy Clerk _____